**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Remigio VALDEZ–BRITO, Defendant–Appellant.**

**No. 04–50568.**

United States Court of Appeals, Ninth Circuit.

Submitted May 20, 2008.*

Filed May 23, 2008.

Randy K. Jones, Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Frank T. Morell, for Defendant–Appellant.

Before: PREGERSON, TASHIMA, and GOULD, Circuit Judges.

MEMORANDUM **

Remigio Valdez–Brito appeals from his guilty-plea conviction and 46–month sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Valdez–Brito contends that the district court erred by denying his motion to suppress evidence of his unlawful presence in the United States. Because Valdez–Brito

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

pled guilty unconditionally, he waived his right to challenge any non-jurisdictional antecedent ruling. *See United States v. Lopez–Armenta,* 400 F.3d 1173, 1175 (9th Cir.2005).

Valdez–Brito also contends that the district court erred under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), by enhancing his sentence based on facts not alleged in the indictment, admitted, or proven to a jury beyond a reasonable doubt. We conclude that any *Apprendi* error was harmless. *See United States v. Salazar–Lopez,* 506 F.3d 748, 751–56 (9th Cir.2007).

**AFFIRMED.**